# Roney *et al. v.* Baker.

APPEAL from the Circuit Court of Geneva.

Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

No counsel marked as appearing for appellee.
The judgment appealed from in this case was affirmed for want of assignment of errors.

Opinion PER CURIAM.

---

# Syzemore *v.* The State

APPEAL from the County Court of Elmore.

Tried before the Hon. F. LLOYD TATE, Special Judge.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant, Henry Syzemore, was prosecuted and convicted for offense of violating a written contract.
The judgment of conviction is reversed and judgment here rendered discharging the defendant on the authority of *Monroe v. State. ante, p.* 88.

Opinion by HARALSON, J.